**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jaime O Labrada            JOINT DEBTOR: _____    CASE NO.: 13-12450-AJC
Last Four Digits of SS#   4463          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
     A.    $ 183.62_____ for months __1__ to __60__;
     B.    $_____ for months _____ to _____;
     C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,250.00 + 175.00 Costs   TOTAL PAID $1,520.00
                Balance Due   $2,905.00 payable 132.05/month (Months __1__ to __22__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date  $_____
Address:_____          Arrears Payment     $_____/month (Months _____ to _____)
   _____      Regular Payment     $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase POB 901039 Fort Worth, TX 76101 Acct No.: 5895 | Non-Homestead 9741 Fontainebleau Blvd #H211 Miami, FL 33172 Value.: 100,733.00 | 0 % | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due  $_____
                    Payable     $_____/month (Months ____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 2.42 /month (Months 1 to 22) Pay $ 134.47 month (Months 23 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Firstbank Florida H/S Mtg, Wells Fargo HM Mortgage Non-H/S Mortgage 1st Mtg and Soleil at Fontainebleau Condominium are current and being paid outside the chapter 13 plan. Chase Non-H/S Second Mtg is being stripped off through the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s /Jaime O Labrada Castellanos
Debtor

Date: 3/28/2013

LF-31 (rev. 01/08/10)